

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

May 9, 1967

Hon. R. H. Cory, Chairman,　　　　　　Opinion No. M-70
State Affairs Committee
House of Representatives　　　　　　　Re:　Constitutionality of
Austin, Texas　　　　　　　　　　　　　　H.B. 1187, 60th
　　　　　　　　　　　　　　　　　　　　Legislature, Regular
Dear Representative Cory:　　　　　　Session, 1967.

　　　　You ask the opinion of this office as to whether
House Bill Number 1187, now pending in the 60th Legislature,
Regular Session, 1967, is constitutional.

　　　　This Bill, in creating appraisal service districts
and boards for the appraisal and assessment of all real prop-
erty and certain types of personal property for the purpose
of taxation, entirely eliminates the County Tax Assessor and
Collector from the performance of such duties and therefore
conflicts with and is antagonistic to Section 14 of Article
VIII of the Texas Constitution, which provides:

　　　　　　"Sec. 14.　Except as provided in Section 16
　　　　of this Article, there shall be elected by the
　　　　qualified voters of each county, an Assessor and
　　　　Collector of Taxes, who shall hold his office for
　　　　four years and until his successor is elected and
　　　　qualified; and such Assessor and Collector of Texes
　　　　shall perform all the duties with respect to as-
　　　　sessing property for the purpose of taxation and
　　　　of collecting taxes, as may be prescribed by the
　　　　Legislature."　As amended Nov. 8, 1932; Nov. 2, 1954.

　　　　Since the Constitution provides that the County Tax
Assessor and Collector "shall perform all the duties with
respect to assessing property for the purpose of taxation",
and this necessarily includes the duty of appraisal which is
the setting of the valuation of taxable property for the
purpose of taxation, it is evident that House Bill 1187 is
in violation of Section 14 of Article VIII of the Texas Con-
stitution.

- 320 -

The appraisal to be made by the Appraisal Service District Board as provided in the Act is not advisory to the Tax Assessor and Collector as the Act specifically provides in Section 5(b) that the appraisal made by such Board "shall be used by all taxing jurisdictions within the county". (Emphasis added)

It appears that other sections of this bill also violate other provisions of Article VIII which would render it unconstitutional; however, since the bill clearly violates Sec. 14 of Art. VIII, there is no necessity for discussing these various provisions.

## S U M M A R Y

House Bill 1187, 60th Legislature of Texas, Regular Session, 1967, is unconstitutional. It violates Section 14 of Article VIII of the Texas Constitution as well as other Sections of said Article VIII.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by: W. E. Allen and William J. Craig
Assistant Attorneys General

APPROVED:
OPINION COMMITTEE

Hawthorne Phillips, Chairman
W. V. Geppert, Co-Chairman
V. C. Taylor
Kerns B. Taylor
Neil Williams
Arthur Sandlin

STAFF LEGAL ASSISTANT

A. J. Carubbi, Jr.